McGREGOR W. SCOTT
United States Attorney
KRISTI C. KAPETAN
Assistant U.S. Attorney
Federal Courthouse, Suite 4401
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>APPROXIMATELY $25,101.22 IN U.S. CURRENCY, SEIZED FROM KERN CENTRAL CREDIT UNION ACCOUNT NUMBER: 39840-52011,<br><br>    Defendant. | 1:05-CV-01224-OWW-LJO<br><br>FINAL JUDGMENT OF FORFEITURE |
| RAMONA CARRIZOZA, and<br>FIDEL CARRIZOZA,<br><br>    Claimants. | |

Pursuant to the Stipulation for Final Judgment of Forfeiture filed herein, the Court finds:

1. This is a civil forfeiture action against defendant approximately $25,101.22 in U.S. Currency seized from Kern Central Credit Union Account Number 39840-52011.

2. That a Verified Complaint for Forfeiture *In Rem* was filed on September 26, 2005, seeking the forfeiture of defendant approximately $25,101.22 in U.S. Currency seized from Kern Central Credit Union Account Number 39840-52011 (hereinafter "defendant currency"). The Complaint alleges that the defendant currency is subject to forfeiture to the United States of America pursuant to 21 U.S.C. §

1  881(a)(6) because the defendant currency constitutes moneys or other things of value furnished or
2  intended to be furnished in exchange of a controlled substance, and/or was used or intended to be used
3  to facilitate one or more violations of 21 U.S.C. § 841 et seq.

4      3. That on September 26, 2005, in accordance with said Complaint, a Warrant and Summons
5  For Arrest of the defendant currency was issued and duly executed on October 13, 2005.

6      4. That on or about December 13, 2005, a Public Notice of Arrest of defendant currency
7  appeared by publication in The Daily Report, a newspaper of general circulation in the county in which
8  the defendant currency was seized (Kern County). The Proof of Publication was filed with the Court
9  on January 17, 2006.

10     5. That in addition to the Public Notice of Arrest having been completed, actual notice was
11 served upon Ramona Carrizoza and Fidel Carrizoza. Ramona Carrizoza filed a claim and answer in this
12 action.

13     6. No other parties have filed claims or answers in this matter, and the time for which any person
14 or entity may file a claim and answer has expired.

15     Based on the above findings, and the Court being otherwise fully advised in the premises, it is
16 hereby

17         ORDERED AND ADJUDGED:

18     1. That the Court adopts the Stipulation for Final Judgment of Forfeiture entered into by and
19 between the parties to this action.

20     2. That judgment is hereby entered against claimant Ramona Carrizoza and potential claimant
21 Fidel Carrizoza and all other potential claimants who have not filed claims in this action.

22     3. That upon entry of this Final Judgment of Forfeiture, $16,101.22 of the defendant
23 approximately $25,101.22 in U.S. Currency seized from Kern Central Credit Union Account Number
24 39840-52011, together with any interest that may have accrued on that amount, seized on or about April
25 21, 2005, shall be forfeited to the United States pursuant to 21 U.S.C. § 881(a)(6), to be disposed of
26 according to law.

27
28

4. That upon entry of this Final Judgment of Forfeiture, but no later than 45 days thereafter, $9,000.00 of the approximately $25,101.22 in U.S. Currency seized from Kern Central Credit Union Account Number 39840-52011, together with any interest that may have accrued on that amount, shall be returned to claimant Ramona Carrizoza through her attorney, Roger K. Vehrs at 2300 Tulare Street, Suite 250, Fresno, CA 93721.

5. That plaintiff United States of America and its servants, agents, and employees and all other public entities, their servants, agents, and employees, are released from any and all liability arising out of or in any way connected with the seizure or forfeiture of the defendant currency. This is a full and final release applying to all unknown and unanticipated injuries, and/or damages arising out of said seizure or forfeiture, as well as to those now known or disclosed. The parties waive the provisions of California Civil Code §1542.

6. Pursuant to the stipulation of the parties, and allegations set forth in the Verified Complaint for Forfeiture *In Rem* filed September 26, 2005, the Court finds that there was reasonable cause for the seizure of defendant currency, and a Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465 shall be entered accordingly.

7. That all parties are to bear their own costs and attorneys' fees.

SO ORDERED THIS   11th   day of   April         , 2006.


        /s/ OLIVER W. WANGER
        OLIVER W. WANGER
        United States District Judge


CERTIFICATE OF REASONABLE CAUSE

Pursuant to the Stipulation for Final Judgment of Forfeiture filed herein, and the allegations set forth in the Complaint for Forfeiture *In Rem* filed September 26, 2005, the Court enters

///

///

3

this Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465, that there was reasonable cause for seizure of the defendant currency.

DATED:   April 11, 2006            /s/ OLIVER W. WANGER
                                   OLIVER W. WANGER
                                   United States District Judge